# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CHRISTOPHER R. SANDLIN,                                                                          PLAINTIFF
ADC #136830

v.                                            No. 2:10CV00031 JLH-JJV

FARON R. CLEMMONS; *et al.*                                                                   DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Joe J. Volpe. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion for Injunctive Relief (Doc. No. 37) is hereby DENIED.

DATED this 17th day of August, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE