**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CHRISTOPHER R. SANDLIN,                                                      PLAINTIFF
ADC #136830

v.                              No. 2:10CV00031 JLH-JJV

FARON R. CLEMMONS, Lt.,
East Arkansas Regional Unit, ADC; *et al*.                               DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Joe J. Volpe.  There have been no objections.  After a review of those proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Hobbs and Rogers are DISMISSED from Plaintiff's Complaint without prejudice, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 23rd day of November, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE