## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER R. SANDLIN, ADC #136830 | PLAINTIFF |
| v.   No. 2:10CV00031 JLH-JJV | |
| FARON R. CLEMMONS, Lt., East Arkansas Regional Unit, Arkansas Department of Correction; *et al*. | DEFENDANTS |

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the plaintiff's Motion for Injunctive Relief, which this Court construes as a Motion for Preliminary Injunctive Relief (Doc. No. 102), is DENIED.

DATED this 27th day of January, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE