## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

CHRISTOPHER R. SANDLIN,                                                  PLAINTIFF
ADC #136830

v.                      No. 2:10CV00031 JLH-JJV

FARON R. CLEMMONS, Lt.,
East Arkansas Regional Unit, ADC; et al.                             DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's cause of action against Defendants is DISMISSED with prejudice. An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 15th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE