**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CHRISTOPHER R. SANDLIN,                                                               PLAINTIFF
ADC #136830

v.                             No. 2:10CV00031 JLH-JJV

FARON R. CLEMMONS, Lt.,
East Arkansas Regional Unit, ADC; et al.                          DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE.

DATED this 15th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE